# United States District Court
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:25-CR-0109-S |
| | § | |
| JARVIS CARTER MAYFIELD (1) | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed within 14 days of service in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted. Accordingly, the Court accepts the plea of guilty, and **Jarvis Carter Mayfield,** is hereby adjudged guilty of **Count 1s and 2s of the Superseding Information,** that is **Wire Fraud and Aiding and Abetting** in violation of **18 U.S.C. § 1343 and 2,** and **Count 2s: Theft of Government Property** in violation of **18 U.S.C. § 641.** Sentence will be imposed in accordance with the Court's Scheduling Order.

The Court adopts the findings of the United States Magistrate Judge by clear and convincing evidence that the Defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore remain released under 18 U.S.C. § 3142(b) or (c).

**SO ORDERED.**

SIGNED January 2, 2026.

*[Signature]*

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**